JOHN LAYTON v. JAMES C. IVANS and others.

Where the bill has been sworn to, and an injunction issued and served, no alteration shall be made in the original bill on file; but the amended bill must be engrossed anew, and annexed to the original.

THE bill in this cause was filed for the foreclosure of a mortgage and for an injunction to restrain the tenant in possession,

[Layton v. Ivans et al.]

who was the purchaser of the equity of redemption, from committing waste. An injunction had been granted and served upon the tenant in possession. Through mistake he was called in the bill and in the writ of injunction, James C. Ivans, senior, instead of William Ivans, senior, which was his true name.

*Boice,* for complainant, now moved to amend the original bill of complaint, by striking out the name of James C. Ivans, senior, and inserting the real name of the tenant.

THE CHANCELLOR. The bill having been sworn to, no alteration should be made in the original on file; the more especially, where an injunction has been granted and served.—*Rules,* x. 6. Let the amendment be made, the bill be engrossed anew, sworn to, annexed to the original bill, and filed, and an injunction issue against the tenant by his true name.

Order accordingly.